UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET ROGERS,

        Plaintiff,

vs.

        Case No. 06-CV-13450

        HON. GEORGE CARAM STEEH

DARREN MEIKLEJOHN and
UNITED TERMINALS, LTD.,

        Defendants.
_____/

## ORDER OF DISMISSAL

The court has reviewed plaintiff's complaint and finds that there is a lack of subject matter jurisdiction. The civil cover sheet describes the basis of jurisdiction as federal question, but the complaint does not identify a federal question. The complaint avers that plaintiff is a resident of Michigan, but does not state plaintiff's citizenship as required by 28 U.S.C. § 1332(a). The complaint also avers that defendant Darren Meiklejohn is a resident of Alberta, Canada and that defendant United Terminals Ltd. is a limited partnership doing business in the City of Detroit, but fails to give Mr. Meiklejohn's citizenship or the citizenship of all the partners of United Terminals. The court ordered plaintiff to show cause why her case should not be dismissed for lack of subject matter jurisdiction, but plaintiff did not respond to the show cause. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction.

Dated: August 31, 2006

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 31, 2006, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk